# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

KARIN NIELSEN,
    Plaintiff,

v.                                 CASE NUMBER: 25-cv-887

WISCONSIN MEMORIAL PARK, et al.,
    Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's complaint is DISMISSED for lack of subject-matter jurisdiction.

7/14/2025                                                  Linda Klemm
Date                                                       Interim Clerk

                                                              /s/ Alexis H.
                                                              (By) Deputy Clerk