United States District Court
Eastern District of Wisconsin

CHAMBERS OF
**LYNN ADELMAN**
U.S. District Judge

390 U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202-4581
(414) 297-1285

September 4, 2025

Karin Nielsen
4300 N 100th St.
Wauwatosa, WI 53222

      RE:    *Nielsen v. Wisconsin Memorial Park*
              Case No. 25-cv-887

Dear Ms. Nielsen,

The clerk's office received your "amended complaint" on September 3, 2025. ECF No. 9. This letter is to inform you that Case No. 25-cv-887 was closed after I entered final judgment on July 14, 2025. Therefore, no action will be taken on your proposed amended complaint.

                              Sincerely,

                              /s/ Lynn Adelman
                              Lynn Adelman
                              United States District Judge